1
2
3
4
5
6
7

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| TRACI M. HILL,<br><br>       Plaintiff,<br><br>   v.<br><br>MICHAEL J. ASTRUE, Commissioner of Social Security,<br><br>       Defendant. | CASE NO.    C07-5297KLS<br><br>ORDER GRANTING PLAINTIFF'S APPLICATION TO PROCEED *IN FORMA PAUPERIS* |

   Plaintiff's application to proceed *in forma pauperis* (Dkt. #1) is **GRANTED**.  Plaintiff does not appear to have funds available to afford the $350.00 filing fee.

   The clerk is directed to send copies of this Order to counsel of record and to issue the Summonses.

   DATED this 27th day of June, 2007.

                                                             /s/ Karen L. Strombom
                                                             Karen L. Strombom
                                                             United States Magistrate Judge

ORDER
Page - 1