UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| TRACI M. HILL, | CASE NO. C07-5297BHS-KLS |
| Plaintiff, | |
| v. | ORDER ADOPTING REPORT AND RECOMMENDATION |
| MICHAEL J. ASTRUE, Commissioner of Social Security, | |
| Defendant. | |

The Court, having reviewed Plaintiff's complaint, the Report and Recommendation of Judge Karen L. Strombom, United States Magistrate, and the remaining record, does hereby find and ORDER:

(1) The Court adopts the Report and Recommendation;

(2) The ALJ erred in his decision as described in the report; and

(3) The matter is therefore REVERSED and remanded to the Commissioner for further administrative proceedings.

DATED this 15th day of July, 2008.

_____
BENJAMIN H. SETTLE
United States District Judge

ORDER