# United States District Court

## WESTERN DISTRICT OF WASHINGTON

TRACI M. HILL

v.

MICHAEL J. ASTRUE,
Commissioner of Social Security

JUDGMENT IN A CIVIL CASE

CASE NUMBER: C07-5297BHS/KLS

\_\_\_    **Jury Verdict**. This action came before the Court for a trial by jury.  The issues have been tried and the jury has rendered its verdict.

<u>XX</u>    **Decision by Court**.  This action came to trial or hearing before the Court.  The issues have been tried or heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED

The Court adopts the Report and Recommendation;

The ALJ erred in his decision as described in the report; and

The matter is therefore REVERSED and remanded to the Commissioner for further administrative proceedings.

\_\_\_\_\_July 17, 2008\_\_\_\_\_                                   _____BRUCE RIFKIN_____
Date                                                                      Clerk


\_\_s/Caroline M. Gonzalez\_\_
Deputy Clerk