# United States District Court

WESTERN DISTRICT OF WASHINGTON

TRACI M. HILL

JUDGMENT IN A CIVIL CASE

v.

MICHAEL J. ASTRUE,
Commissioner of Social Security

CASE NUMBER: C07-5297BHS

___ **Jury Verdict**. This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

XX **Decision by Court**. This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED

That Plaintiff's Motion for Attorney Fees and Expenses (Dkt. 29) is **GRANTED** and Plaintiff is awarded $6,298.50 in attorney's fees and $34.83 in expenses pursuant to 28 U.S.C. §2412.


| September 23, 2008 | BRUCE RIFKIN |
|---|---|
| Date | Clerk |

 

  | *s/CM Gonzalez*
  | Deputy Clerk